IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Leslie J. Himes, | : | Case No: 19-70276-JAD |
|       Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Leslie J. Himes | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Leslie J. Himes | : | |
|       Respondent | : | |
| | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF
TRUSTEE TO RETAIN COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Trustee to Retain Counsel filed on June 10, 2019 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to said Motion appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, the same were to be filed and served no later than June 28, 2019.

It is hereby respectfully requested that the Order attached to the Motion of Trustee to Retain Counsel be entered by the Court.

Respectfully submitted,

Dated:  July 24, 2019

NEUGEBAUER & SWOPE, P.C.
/s/ Lisa M. Swope, Esquire
Lisa M. Swope, Esquire
219 South Center Street P.O. Box 270
Ebensburg, PA  15931
(814) 472-7151
PA I.D. # 77003
lms@nsslawfirm.com
Attorney for Trustee