IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION, PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| Leslie J. Himes, | : | Case No: 19-70276-JAD |
| Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | Hearing Date and Time: |
| Leslie J. Himes, | : | March 18, 2020 at 10:00 am |
| Movant | : | |
| | : | Objection Date: |
| vs. | : | March 7, 2020 |
| | : | |
| James D. Bryan, | : | |
| Respondent | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO APPROVE SETTLEMENT
OF EQUITABLE DISTRIBUTION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **March 7, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **March 18, 2020 at 10:00 a.m.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve written responses.

Date of mailing: February 18, 2020.

/s/ Lisa M. Swope, Trustee
Lisa M. Swope, Esquire
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151

lms@nsslawfirm.com
PA I.D. # 77003
Attorney for Trustee


**\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**