IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Leslie J. Himes, | : | Case No: 19-70276-JAD |
|       Debtor | : | |
| | : | Chapter 7 |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | Hearing Date and Time: |
| Leslie J. Himes, | : | March 18, 2020 at 10:00 a.m. |
|       Movant | : | |
| | : | Objection Date: |
| vs. | : | March 7, 2020 |
| | : | |
| James D. Bryan, | : | |
|       Respondent | : | |
| | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to *Motion to Approve Settlement of Equitable Distribution.* [CM/ECF # 27] (the "Motion") has been received. The undersigned certifies that the Court's docket in this case has been reviewed and no answer or objection to the Application appears thereon. Pursuant to the deadline set forth in the *Order Scheduling Hearing on Chapter 7 Trustee's Motion to Approve Settlement of Equitable Distribution.* [CM/ECF #28], responses were to be filed and served no later than March 7, 2020.

    Therefore, it is hereby respectfully requested that the Court enter the Order attached to the Application.

Dated: March 9, 2020                                 Respectfully submitted,

                                                        ***/s/ Lisa M. Swope, Trustee.***
                                                        Lisa M. Swope, Esquire
                                                        219 South Center Street
                                                        Ebensburg, PA 15931
                                                        (814) 472-7151
                                                        lms@nsslawfirm.com