IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| IN RE: | : | |
|    Leslie J. Himes, | : | Bankruptcy No. 19-70276-JAD |
|       Debtor | : | |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | Chapter 7 |
| of the Bankruptcy Estate of | : | |
| Leslie J. Himes, | : | |
|       Movant | : | Related to Doc. No. 27 |
| | : | |
| vs. | : | |
| | : | |
| James D. Bryan, | : | |
|       Respondent | : | |
| | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF EQUITABLE DISTRIBUTION**

Upon consideration of the Trustee's Motion to Approve Settlement of Equitable Distribution filed by Lisa M. Swope, Esquire, the attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that the Trustee's Motion to Approve Settlement of Equitable Distribution, is approved to allow Trustee Lisa M. Swope, Esquire, to accept the payment of Forty Two Thousand ($42,000.00) Dollars, within ninety (90) days of the date of this Order from James D. Bryan to satisfy his obligations under the terms of the Marital Settlement Agreement dated August 20, 2004, filed to Number 2004 GN 1674 in the Court of Common Pleas of Blair County. The Debtor, Leslie J. Himes is directed to execute a Quit Claim Deed relinquishing her right, title and interest to the subject premises located at 693 Avalon Road,

Altoona, Blair County, Pennsylvania, upon payment of the sum of Forty-two Thousand ($42,000) Dollars from James D. Bryan.

BY THE COURT:

Dated: 3-12-2020

Judge Jeffery A. Deller
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
Lisa M. Swope, Esquire
Theresa C. Homady, Esquire

FILED
3/12/20 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-70276-JAD
Leslie J. Himes                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1         Date Rcvd: Mar 12, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db            +Leslie J. Himes,   540 Moser Road,   Altoona, PA 16601-9484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Lisa M. Swope     on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,    jas@nsslawfirm.com,
               PA73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,    jas@nsslawfirm.com,PA73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Theresa C  Homady    on behalf of Debtor Leslie J. Himes thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                             TOTAL: 5