**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| HIMES, LESLIE J. | § | Case No. 19-70276 |
| Debtor(s) | § | Chapter 7 |
| ========= | § | |
| Lisa M. Swope, Trustee of the Bankruptcy | § | |
| Estate of Leslie J. Himes, | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| No Respondent | § | |

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lisa M. Swope, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower

600 Grant Street

Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 17 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on January  26, 2021. Parties may appear at the hearing via Zoom Conferencing using the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/160092834573 or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A Deller for Matters Scheduled On or After January 1, 2021, which can be found on the Court's website at www.pawb. uscourts.gov/content/judge-feffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412)644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/02/2021                                    By: /s/ LISA M. SWOPE, TRUSTEE

                                                                                    Trustee

**UST Form 101-7-NFR (10/1/2010)**

Lisa M. Swope
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

In re:
HIMES, LESLIE J.

§    Case No. 19-70276
§    Chapter 7
§
§

---

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 42,000.00 |
| *and approved disbursements of:* | $ | 0.00 |
| *leaving a balance on hand of[1]:* | $ | 42,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 42,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Lisa M. Swope | 4,950.00 | 0.00 | 4,950.00 |
| Trustee, Expenses - Lisa M. Swope | 4.25 | 0.00 | 4.25 |
| Attorney for Trustee Fees - LISA M. SWOPE | 1,777.50 | 0.00 | 1,777.50 |
| Attorney for Trustee, Expenses - Lisa M. Swope | 219.50 | 0.00 | 219.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 6,951.25 |
| Remaining balance: | $ | 35,048.75 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 35,048.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 35,048.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,538.74 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 93.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2 | American Express National Bank c/o Becket and Lee LLP | 14,625.65 | 0.00 | 13,655.51 |
| 3 | Midland Funding LLC | 6,400.17 | 0.00 | 5,975.64 |
| 4 | Midland Funding LLC | 11,285.01 | 0.00 | 10,536.46 |
| 5 | Department Stores National Bank | 3,977.91 | 0.00 | 3,714.05 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Pennsylvania State Workers' Insurance Fund | 1,250.00 | 0.00 | 1,167.09 |

Total to be paid for timely general unsecured claims: $ 35,048.75
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ LISA M. SWOPE, TRUSTEE
_____
Trustee

Lisa M. Swope
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-70276-JAD

Leslie J. Himes                                                                          Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: lfin                                    Page 1 of 3
Date Rcvd: Jan 04, 2021                    Form ID: pdf900                      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Leslie J. Himes, 540 Moser Road, Altoona, PA 16601-9484 |
| 15048255 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15086255 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048257 | + | Credit Control. LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 15048258 | | Equifax, 1550 Peachtree Street, NW, Atlanta, GA 30309-2468 |
| 15048259 | + | Experian, 701 Experian Parkway, Allen, TX 75013-3715 |
| 15048260 | + | Federal National Mortgage Association, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2806 |
| 15048261 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15048262 | + | Hayt, Hayt and Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 15048264 | + | James D. Bryan, 689 Avalon Road, Altoona, PA 16601-7441 |
| 15048265 | + | Kensinger Electric, Inc., 1380 Piney Creek Road, Martinsburg, PA 16662-7513 |
| 15048266 | + | Linebarger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 15048268 | + | Martinsburg Auto and RV, Inc., 114 W Penn Street, Martinsburg, PA 16662-1113 |
| 15048274 | + | PNC Bank, 1900 E 9th Street, Cleveland, OH 44114-3484 |
| 15152034 | + | Pennsylvania State Workers' Insurance Fund, c/o Mary Boyko, 100 Lackawanna Ave., 3rd Fl., Scranton, PA 18503-1986 |
| 15048273 | + | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15048275 | + | Quality Asset Recovery, 7 Foster Ave., Ste 101, Gibbsboro, NJ 08026-1191 |
| 15048276 | + | Raymond R. Brown, 112 Bedford Street, Hollidaysburg, PA 16648-1714 |
| 15048277 | | Raymond R. Brown, 1301 1st Avenue Unit 3, Altoona, PA 16602 |
| 15048278 | + | State Workers Insurance Fund, 100 Lackawanna Avenue, PO Box 5100, Scranton, PA 18505-5100 |
| 15048280 | + | Theresa C. Homady, Esquire, 317 Union Street, Suite 105, Hollidaysburg, PA 16648-2097 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | PRA Receivables Management, LLC, PO Box 41020, Norfolk, VA 23541-1021 |
| | | | Jan 05 2021 02:42:36 | |
| 15048254 | + | Email/Text: tdell@altoonabank.com | | Altoona First Savings Bank, 203 North Logan Boulevard, Altoona, PA 16602-1726 |
| | | | Jan 05 2021 03:51:00 | |
| 15048256 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| | | | Jan 05 2021 02:37:26 | |
| 15106892 | | Email/Text: bnc-quantum@quantum3group.com | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| | | | Jan 05 2021 03:51:00 | |
| 15048263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| | | | Jan 05 2021 03:51:00 | |
| 15048267 | + | Email/Text: Diane@mvrlaw.com | | Martha E. Von Rosenstiel, PC, 649 South Ave., Ste 7, Secane, PA 19018-3541 |
| | | | Jan 05 2021 03:51:00 | |
| 15048269 | + | Email/Text: bankruptcydpt@mcmcg.com | | Midland Credit Management, Inc., 2365 Northside |
| | | | Jan 05 2021 03:52:00 | |

District/off: 0315-7 | User: lfin | Page 2 of 3
Date Rcvd: Jan 04, 2021 | Form ID: pdf900 | Total Noticed: 34

| | | | | Drive, Suite 300, San Diego, CA 92108-2709 |
|---|---|---|---|---|
| 15048270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2021 03:52:00 | Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 15099518 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2021 03:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15048271 | + | Email/Text: Bankruptcies@nragroup.com | Jan 05 2021 03:53:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15048279 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:47 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15048713 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:42:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15048281 | | Email/Text: DASPUBREC@transunion.com | Jan 05 2021 03:50:00 | Trans Union, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15048272 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021                     Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Lisa M. Swope | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Theresa C Homady | on behalf of Debtor Leslie J. Himes thomady1@msn.com |

homady@gmail.com;homadylaw@gmail.com;bkchomady@outlook.com;9893@notices.nextchapterbk.com;thomadybk@gmail.com

TOTAL: 5