## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE J. HIMES,** | : | Bankruptcy No. 19-70276-JAD |
| | : | |
| **Debtor** | : | Chapter 7 |

*******************************************************************************

| | | |
|---|---|---|
| **LISA M. SWOPE, TRUSTEE OF THE** | : | |
| **BANKRUPTCY ESTATE OF LESLIE J. HIMES,** | : | |
| | : | Doc. No. |
| **Movant** | : | Related to Docs. Nos. 37, 38, 39 & 40 |
| | : | |
| Vs. | : | Hearing Date and Time: |
| **NO RESPONDENT(S)** | : | January 26, 2021 at 10:00 a.m. |

*******************************************************************************

### CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation filed on December 28, 2020 and January 02, 2021, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon. Pursuant to the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR), Objections to the Trustee's Final Report and Applications for Compensation were to be filed and served no later than January 18, 2021.

It is hereby respectfully requested that the Order attached to the Trustee's Final Report and Applications for Compensation be entered by this Court.

Dated:  January 20, 2021

                Neugebauer & Swope, P.C.

By:    */s/ Lisa M. Swope*,
        Lisa M. Swope, Esquire
        PA ID # 77003
        219 South Center Street
        P.O. Box 270
        Ebensburg, PA 15931
        Tel: 814.472.7151
        Fax" 814.472.4555
        Email: lms@nsslawfirm.com