**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

| | | |
|---|---|---|
| In re: | | |
| HIMES, LESLIE J. | § | Case No. 19-70276 |
| Debtor(s) | § | Chapter 7 |
| ========= | § | |
| Lisa M. Swope, Trustee of the Bankruptcy | § | |
| Estate of Leslie J. Himes, | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| No Respondent | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa M. Swope, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $258,096.48 | Assets Exempt: | $13,739.72 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $35,048.75 | Claims Discharged Without Payment: | $30,317.81 |
| Total Expenses of Administration: | $6,951.25 | | |

3) Total gross receipts of $42,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $137,719.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,951.25 | $6,951.25 | $6,951.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $65,693.02 | $37,538.74 | $37,538.74 | $35,048.75 |
| **TOTAL DISBURSEMENTS** | $203,412.12 | $44,489.99 | $44,489.99 | $42,000.00 |

4) This case was originally filed under chapter 7 on 05/07/2019. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2021         By: /s/ Lisa M. Swope
                             Trustee, Bar No.: 77003

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Marriage Settlement Agreement/689 Avalon Rd, Altoona, PA | 1249-000 | $42,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Altoona First Savings Bank | 4110-000 | $38,023.39 | NA | NA | NA |
| N/F | Federal National Mortgage Association | 4110-000 | $51,250.00 | NA | NA | NA |
| N/F | First National Bank of Pennsylvania | 4110-000 | $19,404.71 | NA | NA | NA |
| N/F | PNC Bank | 4110-000 | $29,041.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$137,719.10** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 2100-000 | NA | $4,950.00 | $4,950.00 | $4,950.00 |
| Trustee, Expenses - Lisa M. Swope | 2200-000 | NA | $4.25 | $4.25 | $4.25 |
| Attorney for Trustee Fees - LISA M. SWOPE | 3110-000 | NA | $1,777.50 | $1,777.50 | $1,777.50 |
| Attorney for Trustee, Expenses - Lisa M. Swope | 3120-000 | NA | $219.50 | $219.50 | $219.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,951.25** | **$6,951.25** | **$6,951.25** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $124.80 | $0.00 | $0.00 | $0.00 |
| 1-2 | Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $14,625.00 | $14,625.65 | $14,625.65 | $13,655.51 |
| 3 | Midland Funding LLC | 7100-000 | $6,400.00 | $6,400.17 | $6,400.17 | $5,975.64 |
| 4 | Midland Funding LLC | 7100-000 | $11,487.49 | $11,285.01 | $11,285.01 | $10,536.46 |
| 5 | Department Stores National Bank | 7100-000 | $3,977.91 | $3,977.91 | $3,977.91 | $3,714.05 |
| 6 | Pennsylvania State Workers' Insurance Fund | 7100-000 | $1,250.00 | $1,250.00 | $1,250.00 | $1,167.09 |
| N/F | Capital One Services, LLC | 7100-000 | $672.27 | NA | NA | NA |
| N/F | First National Bank of Pennsylvania | 7100-000 | $8,631.00 | NA | NA | NA |
| N/F | First National Bank of Pennsylvania | 7100-000 | $2,623.38 | NA | NA | NA |
| N/F | Kensinger Electric, Inc. | 7100-000 | $6,694.50 | NA | NA | NA |
| N/F | Martinsburg Auto and RV, Inc. | 7100-000 | $5,194.50 | NA | NA | NA |
| N/F | Midland Funding LLC | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Penn Credit Corporation | 7100-000 | $135.00 | NA | NA | NA |
| N/F | Peoples Natural Gas | 7100-000 | $719.17 | NA | NA | NA |
| N/F | Quality Asset Recovery | 7100-000 | $158.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $65,693.02 | $37,538.74 | $37,538.74 | $35,048.75 |
|---|---|---|---|---|

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-70276 | Trustee Name: | (580800) Lisa M. Swope |
|---|---|---|---|
| Case Name: | HIMES, LESLIE J. | Date Filed (f) or Converted (c): | 05/07/2019 (f) |
|  |  | § 341(a) Meeting Date: | 06/05/2019 |
| For Period Ending: | 03/09/2021 | Claims Bar Date: | 08/21/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1303 1st Avenue, Altoona, PA<br>Single-family home . Entire property value: $120,000 | 60,000.00 | 60,000.00 |  | 0.00 | FA |
| 2 | Miscellaneous household goods and furnishings | 600.00 | 600.00 |  | 0.00 | FA |
| 3 | Clothing | 300.00 | 300.00 |  | 0.00 | FA |
| 4 | Deposits of money: First Commonwealth Bank | 200.00 | 200.00 |  | 0.00 | FA |
| 5 | Ret. or Pension Acct.: Scott Electric - held by FNB Wealth Management $109,426.42 (D1) | 109,426.42 | 109,426.42 |  | 0.00 | FA |
| 6 | Ret. or Pension Acct.: American Funds IRA (roll-over from Hite Company) $3,627.34 (D1) | 3,627.34 | 3,627.34 |  | 0.00 | FA |
| 7 | 693 Avalon Road, Altoona, PA, 16601<br>. Entire property value: $120,000 | 70,000.00 | 70,000.00 |  | 0.00 | FA |
| 8 | Household electronics | 200.00 | 200.00 |  | 0.00 | FA |
| 9 | Cash | 3.00 | 3.00 |  | 0.00 | FA |
| 10 | 401(k) - Merril Lynch | 2,239.72 | 0.00 |  | 0.00 | FA |
| 11 | 1/2 interest in 2014 Fleetwood manufactured home | 11,500.00 | 0.00 |  | 0.00 | FA |
| 12 | Marriage Settlement Agreement/689 Avalon Rd, Altoona, PA (u) | 30,000.00 | 30,000.00 |  | 42,000.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$288,096.48** | **$274,356.76** |  | **$42,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/30/20- settlement in place ex-husband to make payment, contacted by counsel for ex, asked for a reasonable extension due to COVID; 9/30/20 attorney conveys that payment is forthcoming

**Initial Projected Date Of Final Report (TFR):** 06/30/2020    **Current Projected Date Of Final Report (TFR):** 12/21/2020 (Actual)

03/09/2021
Date

/s/Lisa M. Swope
Lisa M. Swope

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 19-70276 | Trustee Name: | Lisa M. Swope (580800) |
|---|---|---|---|
| Case Name: | HIMES, LESLIE J. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8091 | Account #: | ******3295 Checking |
| For Period Ending: | 03/09/2021 | Blanket Bond (per case limit): | $9,932,890.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/01/20 | {12} | A, Thomas Farrell Law Offices | payment pursuant to settlement for Property conveyed in MSA | 1249-000 | 42,000.00 |  | 42,000.00 |
| 01/28/21 | 101 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $219.50; Claim # AE; Filed: $219.50 | 3120-000 |  | 219.50 | 41,780.50 |
| 01/28/21 | 102 | LISA M. SWOPE | Distribution payment - Dividend paid at 100.00% of $1,777.50; Claim # AFEE; Filed: $1,777.50 | 3110-000 |  | 1,777.50 | 40,003.00 |
| 01/28/21 | 103 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $4,950.00; Claim # FEE; Filed: $4,950.00 | 2100-000 |  | 4,950.00 | 35,053.00 |
| 01/28/21 | 104 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $4.25; Claim # TE; Filed: $4.25 | 2200-000 |  | 4.25 | 35,048.75 |
| 01/28/21 | 105 | American Express National Bank c/o Becket and Lee LLP | Distribution payment - Dividend paid at 93.37% of $14,625.65; Claim # 2; Filed: $14,625.65 | 7100-000 |  | 13,655.51 | 21,393.24 |
| 01/28/21 | 106 | Midland Funding LLC | Distribution payment - Dividend paid at 93.37% of $6,400.17; Claim # 3; Filed: $6,400.17 | 7100-000 |  | 5,975.64 | 15,417.60 |
| 01/28/21 | 107 | Midland Funding LLC | Distribution payment - Dividend paid at 93.37% of $11,285.01; Claim # 4; Filed: $11,285.01 | 7100-000 |  | 10,536.46 | 4,881.14 |
| 01/28/21 | 108 | Department Stores National Bank | Distribution payment - Dividend paid at 93.37% of $3,977.91; Claim # 5; Filed: $3,977.91 | 7100-000 |  | 3,714.05 | 1,167.09 |
| 01/28/21 | 109 | Pennsylvania State Workers' Insurance Fund | Distribution payment - Dividend paid at 93.37% of $1,250.00; Claim # 6; Filed: $1,250.00 | 7100-000 |  | 1,167.09 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **COLUMN TOTALS** |  | 42,000.00 | 42,000.00 | $0.00 |
|  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  | **Subtotal** |  | 42,000.00 | 42,000.00 |  |
|  | Less: Payments to Debtors |  |  | 0.00 |  |
|  | **NET Receipts / Disbursements** |  | $42,000.00 | $42,000.00 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-70276 | **Trustee Name:** | Lisa M. Swope (580800) |
| **Case Name:** | HIMES, LESLIE J. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8091 | **Account #:** | ******3295 Checking |
| **For Period Ending:** | 03/09/2021 | **Blanket Bond (per case limit):** | $9,932,890.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $42,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $42,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3295 Checking | $42,000.00 | $42,000.00 | $0.00 |
| | **$42,000.00** | **$42,000.00** | **$0.00** |

03/09/2021  
Date

/s/Lisa M. Swope  
Lisa M. Swope

UST Form 101-7-TDR (10/1/2010)